cc: BMK

LUNSFORD DOLE PHILLIPS #4407
1620 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 533-1734

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 10 2009

at 2 o'clock and 20 min P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DALE MARCZAK | ) | CIVIL NO. 08-00468 HG/BMK |
| | ) | |
| Plaintiff, | ) | NOTICE OF DISMISSAL WITH |
| | ) | PREJUDICE OF ALL CLAIMS |
| vs. | ) | AND PARTIES |
| | ) | |
| AMY'S PLACE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND PARTIES

The Complaint filed by Plaintiff is hereby dismissed with prejudice, pursuant to F.R.Civ.P. 41 (a)(1)(i). No Answer or Motion has been filed.

DATED: Honolulu, Hawaii, 2/10/09.

_____
LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff